Willis CASTO, Plaintiff–Appellant,

v.

WELLS FARGO BANK, N.A.,
Defendant–Appellee.

No. 15-2280

United States Court of Appeals,
Fourth Circuit.

Submitted: August 18, 2016

Decided: November 3, 2016

Timothy J. Mummert, Timothy J. Mum-
mert, P.A., Glen Burnie, Maryland, for
Appellant. Charles S. Hirsch, Ballard
Spahr, LLP, Baltimore, Maryland, for Ap-
pellee.

Before KING, DUNCAN, and HARRIS,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Willis Casto appeals the district court's order granting summary judgment in favor of Wells Fargo Bank as to each of his claims in his civil complaint. We have reviewed the materials before the court, including the parties' briefs, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Casto v. Wells Fargo Bank, N.A., No. 1:13–cv–01142–GLR (D. Md. Sept. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED